CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 05 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ABDUL HAMZA WALI MUHAMMAD, | ) | CASE NO. 7:16CV00126 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| UNNAMED, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that plaintiff's motion for preliminary injunction (ECF No. 2) is **DENIED**; this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1997e(a), for failure to exhaust administrative remedies before filing the claim; plaintiff's motions to amend (ECF Nos. 4 and 5) are **DENIED**; and the clerk shall **STRIKE** the case from the active docket of the court.

ENTER: This 4th day of April, 2016.

/s/ Glen E. Conrad
Chief United States District Judge